JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HERON OCAMPO,                    )   CASE NO. CV 15-0023-JAK (PJW)
                                 )
          Petitioner,            )
                                 )   J U D G M E N T
     v.                          )
                                 )
JEFF WARD, SECRETARY, CDCR,      )
                                 )
          Respondent.            )
_____)

     Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

     DATED: 10/26/15

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\LA15CV00023JAK-PJW-J.wpd